**UNION PACIFIC RAILROAD COMPA-
NY and Wisconsin Power & Light
Company, Petitioners,**

v.

**SURFACE TRANSPORTATION
BOARD and United States of
America, Respondents.**

Nos. 02–1198, 02–1225.

United States Court of Appeals,
District of Columbia Circuit.

April 30, 2003.

BEFORE: GINSBURG, Chief Judge,
and HENDERSON and GARLAND,
Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This cause came to be heard on the record compiled before the Surface Transportation Board and was briefed and argued by counsel. It is hereby

ORDERED AND ADJUDGED that the petitions be denied for the reasons stated in the Board's decisions. Because the Board did not on review defend its rejection of Wisconsin Power & Light's evidence of roadway ownership variable costs on the ground that Wisconsin Power did

not timely file some of that evidence, we rely solely upon the alternate ground in its decision, that "the data needed to correct [Wisconsin Power's] flawed evidence ... were not available" and the Board was therefore unable to rely upon that evidence.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.